UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 18283
    ERIK M GRAHAM
    JENNIFER A GRAHAM                     CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-4695    SSN XXX-XX-3171
```

------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/19/05 and confirmed on 10/28/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  58780.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 13849.00 | 384.05 | 13849.00 |
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| CITIZENS BANK | SECURED VEHIC | 9139.06 | 523.88 | 9139.06 |
| BECKET & LEE LLP | UNSECURED | 16268.11 | .00 | 16268.11 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CIT | UNSECURED | 9039.61 | .00 | 9039.61 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 173.62 | .00 | 173.62 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1134.70 | .00 | 1134.70 |
| ECAST SETTLEMENT CORP | UNSECURED | 3364.49 | .00 | 3364.49 |
| SAM'S CLUB | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED - C | .00 | .00 | .00 |
| CITIMORTGAGE INC | MORTGAGE ARRE | 2515.81 | .00 | 2515.81 |

                Summary of disbursements:
------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 25503.87 | .00 | 29980.53 | .00 | 55484.40 |
| PRINCIPAL PAID | 25503.87 | .00 | 29980.53 | .00 | 55484.40 |
| INTEREST PAID | 907.93 | .00 | .00 | .00 | 907.93 |
| TOTAL PAID | 26411.80 | .00 | 29980.53 | .00 | 56392.33 |

The Debtor's attorney, SCHEINBAUM & WEST            , was allowed $        .00
and was paid $        .00 .

The Trustee received $   2366.34 .

Refunds to the Debtor totaled $      21.33 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE